IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAUL REJUNEY, )
)
    Petitioner, )
)
v. ) Civil Action No. 3:16CV20–HEH
)
UNKNOWN, )
)
    Respondent. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on March 7, 2016, the Court conditionally docketed Petitioner's action. On March 22, 2016, United States Postal Service returned the March 7, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER" and "INMATE NO LONGER IN FACILITY." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                            /s/
                                    HENRY E. HUDSON
Date: March 24, 2016           UNITED STATES DISTRICT JUDGE
Richmond, Virginia